1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID PHOENIX,                          No.  2:15-cv-00682 KJM KJN

12              Plaintiff,

13       v.                                  ORDER

14   ALLIANCE MAINTENANCE
     SOLUTIONS,
15
              Defendants.
16

17

18       In an order filed by this court on March 26, 2015 (ECF No. 2), a status conference

19   was set for July 30, 2015.  There was no appearance for plaintiff by his counsel of record Peter

20   Samuel at the conference.

21       Accordingly, Mr. Samuel is ordered to show cause within fourteen days of this

22   order, why he should not be sanctioned in the amount of $250.00 for failing to appear.

23   DATED:  August 4, 2015.

24

25   _____

26                     UNITED STATES DISTRICT JUDGE

27

28

1