UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHOENIX,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLIANCE MAINTENANCE SOLUTIONS,<br><br>        Defendant. | No. 2:15-CV-00682-KJM-CKD<br><br>ORDER |

        Plaintiff commenced this action on March 26, 2015.  (ECF No. 1.)  The court held a status conference on July 30, 2015.  (ECF No. 8.)  Plaintiff's counsel did not appear at the status conference.  (*Id.*)  Consequently, on August 5, 2015, the court issued an order to show cause (OSC) within fourteen days to plaintiff's counsel, Peter F. Samuel, why he should not be sanctioned in the amount of $250.00 for failing to appear.  (ECF No. 10.)  As of the date of this order and more than one month later, plaintiff's counsel has failed to respond to the court's OSC.  Accordingly, the court sanctions plaintiff's counsel in the amount of $250.00.

        IT IS THEREFORE ORDERED that:  Plaintiff's counsel is sanctioned in the amount of $250.00, payable to the court within seven days.  Counsel shall not pass this cost on to his client.

DATED:  September 15, 2015.

                                                            UNITED STATES DISTRICT JUDGE