Arthur A. Zorio, Esq.
California Bar No. 196737
Brownstein Hyatt Farber Schreck, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: azorio@bhfs.com

Attorneys for Defendant,
Alliance Maintenance Solutions, Inc.

Peter F. Samuel, Esq.
California Bar No. 72503
SAMUEL and SAMUEL
5050 Sunrise Boulevard, Suite C-1
Telephone: (916) 966-4722
Facsimile: (916) 962-2219
Email: pfsamuel@samuellaw.com

Attorneys for Plaintiff, David Phoenix

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHOENIX<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE MAINTENANCE SOLUTIONS, INC., a Nevada corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 2:15-cv-00682-KJM-KJN<br><br>**JOINT STATUS REPORT**<br>**[re: Mediation]** |

The parties have engaged Richard L. Gilbert, retired Superior Court Judge in Sacramento to serve as a mediator in this matter. Because of calendar conflicts, the mediation could not be scheduled prior to November 30, 2015. However, the parties are now confirmed for a mediation with Judge Gilbert (retired) on January 25, 2016 in Sacramento.

///

Dated: November 25, 2015          Brownstein Hyatt Farber Schreck, LLP


                                  By:    /s/ *Arthur A. Zorio*
                                         Arthur A. Zorio, Esq.
                                         Attorneys for Defendant,
                                         Alliance Maintenance Solutions, Inc.

Dated: November 25, 2015          SAMUEL and SAMUEL


                                  By:    /s/ *Peter F. Samuel*
                                         Peter F. Samuel, Esq.
                                         Attorneys for Plaintiff, David Phoenix.

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b), Federal Rules of Civil Procedure, I hereby certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this date I caused a true and correct copy of the foregoing document **JOINT STATUS REPORT** to be served on the parties below via the following method(s) of delivery:

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the following attorney of record:

☐ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☐ **VIA COURIER FOR PERSONAL DELIVERY:** by delivering a copy of the document to a courier service for personal hand-delivery to the below, whereby the courier signs a certificate specifying the date of actual hand-delivery.

☐ **VIA COURIER:** by delivering a copy of the document to a courier service for overnight delivery to the foregoing parties.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF/eFlex system which served the foregoing parties electronically:

Peter F. Samuel
SAMUEL AND SAMUEL
5050 Sunrise Blvd., Ste. C-1
Fair Oaks, CA 95628

Dated this 25th day of November, 2015.

                                /s/ *Jeff Tillison*
                                Employee of BROWNSTEIN HYATT
                                FARBER SCHRECK, LLP